# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2024

## NO.  03-23-00797-CV

**Elizabeth Marie Conn, Appellant**

**v.**

**Devin Patrick Conn, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on October 13, 2023.  Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.